# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA

IN RE:
Jeffrey and Kim
Bridges

Case No. 2014-bk-6340
Chapter 13

Debtor

_____/

## MOTION TO ALLOW SALE OF REAL ESTATE

### Notice of Opportunity to
### Object and for Hearing (Negative Notice)

**Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within 30 days from the date of service of this document.  If you object to the relief requested in this document, you must file your objection with the Clerk of Court at 400 West Washington Street, Suite 5100, Orlando, FL 32801, and serve a copy on the movant's attorney: Armando E. Rosal, Esq, 1490 Emerson Dr., Palm Bay, FL 32907, and any other appropriate persons.**

**If you file and serve an objection within the time permitted, the Court may schedule a hearing and you will be notified.  If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in this document, will proceed to consider the document without further notice or hearing, and may grant the relief requested.**

COMES NOW, THE MOVANT,   Jeffrey and Kim Bridges, the Debtors, by and through undersigned counsel, and moves the court to allow a sale of real estate, and in support thereof states:

1) The debtor Kim Bridges, owns a 1/3 interest in property located as follows:

   **4113 Sage Street, Pace, FL 32751**

2) The property is on the market and has been sold for $75,000.

3) After payment of the mortgage (not in debtor's name), real estate commission and closing costs, it is estimated that the debtor's net proceeds will be approximately $12,000.

4) The debtor has proposed paying and turning over all of her net proceeds to the trustee as evidenced in the Chapter 13 plan filed by the debtors.

5) Accordingly, based on the above, debtor requests that the sale be allowed and proceeds paid as requested.

Respectfully Submitted,

Armando E. Rosal, Esq.

1490 Emerson Drive, NE
Palm Bay, FL 32907
321-728-2300
321-728-2442 (Fax)
rosallaw@aol.com
FL Bar No. 929026

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion has been furnished by US Mail or electronically to Laurie K. Weatherford, Trustee, all the creditors on the attached matrix, and the Debtor, this the _____ day of _____, 20 ____.

Armando E. Rosal, Esq.

Label Matrix for local noticing
113A-6
Case 6:14-bk-06340-CCJ
Middle District of Florida
Orlando
Fri Jul 25 14:23:13 EDT 2014

Jeffrey Bridges
1313 Glencove Ave., NW
Palm Bay, FL 32907-8006

Kim Bridges
1313 Glencove Ave., NW
Palm Bay, FL 32907-8006

Lori Patton
PO Box 520547
Longwood, FL 32752-0547

SunTrust Bank
ATTN:  Support Services
P.O. Box 85092
Richmond, VA 23286-0001

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Brevard County Tax Collector
Attn:  Honorable Lisa Cullen, CFC
Post Office Box 2500
Titusville FL 32781-2500

Cap One
Po Box 30253
Salt Lake City, UT 84130-0253

Cbna
1000 Technology Dr # Ms5
O Fallon, MO 63368-2239

Chase
P.o. Box 15298
Wilmington, DE 19850-5298

Chase Mht Bk
Attention: Bankruptcy
Po Box 15298
Wilmington, DE 19850-5298

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH  43054-3025

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850-5316

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Gecrb/Lowes
Attention:  Bankruptcy Department
Po Box 103104
Roswell, GA 30076-9104

Gecrb/tjx Cos
Po Box 965015
Orlando, FL 32896-5015

Gemb/walmart
Attn: Bankruptcy
Po Box 103104
Roswell, GA 30076-9104

Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

Kohls/capone
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051-7096

(p)CREDITORS BANKRUPTCY SERVICE
15660 DALLAS PKWY
SUITE 300
DALLAS TX 75248-3354

Militarystar
3911 S Walton Walker Blv
Dallas, TX 75236-1509

Preferred Credit Inc.
3051 2nd Street, S
Suite 200
Saint Cloud, MN 56301-3201

Regions Bankcard
2050 Parkway Office Cir
Hoover, AL 35244-1805

Sams Club / GEMB
Attention:  Bankruptcy Department
Po Box 103104
Roswell, GA 30076-9104

Sears/cbna
Po Box 6189
Sioux Falls, SD 57117-6189

Suntrust Bk W Florida
Attn:Bankruptcy Dept
Po Box 85092 Mc Va-Wmrk-7952
Richmond, VA 23285-5092

TD BANK USA, N.A.
C O Weinstein, Pinson, And Riley, PS
2001 Western Avenue, Ste 400
Seattle, WA 98121-3132

Td Bank Usa/targetcred
Po Box 673
Minneapolis, MN 55440-0673

Tdrc/rms Tog
1000 Macarthur Blvd
Mahwah, NJ 07430-2035

(p)WELLS FARGO BANK NA
WELLS FARGO HOME MORTGAGE AMERICAS SERVICING
ATTN BANKRUPTCY DEPT MAC X7801-014
3476 STATEVIEW BLVD
FORT MILL SC 29715-7203

Laurie K Weatherford +
Post Office Box 3450
Winter Park, FL 32790-3450

Armando E Rosal +
Law Office of Armando E Rosal
1490 Emerson Drive Northeast
Palm Bay, FL 32907-3292

United States Trustee - ORL7/13 +
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank Of America
Attention: Recovery Department
4161 Peidmont Pkwy.
Greensboro, NC 27410

Citibank Sd, Na
Attn: Centralized Bankruptcy
Po Box 20363
Kansas City, MO 64195

(d)Citibank Usa
Citicorp Credit Services/Attn:Centralize
Po Box 20507
Kansas City, MO 64195

Military Star
3911 S Walton Walker Blv
Dallas, TX 75236

(d)Unvl/citi
Attn.: Centralized  Bankruptcy
Po Box 20507
Kansas City, MO 64195

Wells Fargo Hm Mortgag
8480 Stagecoach Cir
Frederick, MD 21701

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Cynthia C. Jackson +
Orlando

End of Label Matrix
Mailable recipients     34
Bypassed recipients      1
Total                   35