UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA

IN RE:  
Jeffrey and Kim  
Bridges  
_____/

Case No. 2014-bk-6340-CCJ  
Chapter 13

## DEBTOR'S OBJECTION TO PROOFS OF CLAIM #5 FILED BY ARMY & AIR FORCE EXCHANGE SERVICES

Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within 30 days from the date of service of this document. If you object to the relief requested in this document, you must file your objection with the Clerk of Court at 135 West Central Blvd,  9th Floor, Suite 950, Orlando, FL 32801, and serve a copy on the movant's attorney: Armando E. Rosal, Esq, 1490 Emerson Dr., Palm Bay, FL 32907, Laurie Weatherford, Chapter 13 Trustee, PO Box 3450, Winter Park, FL 32790, and any other appropriate persons.

If you file and serve an objection within the time permitted, the Court may schedule a hearing and you will be notified.  If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in this document, will proceed to consider the document without further notice or hearing, and may grant the relief requested

COMES NOW, THE DEBTOR,  by and through undersigned counsel, and files this her objection to Proof of Claim **NUMBER 5** and in support thereof states:

1) The Proof of Claim filed indicates that it is for a secured debt.

2)  The Creditor has failed to attach a promissory note which indicates the exact personal property that secured the loan in question.

3) Therefore, Proof of Claim **NUMBER 5** should be stricken, invalidated by the court or treated as unsecured.

Respectfully Submitted,

*/s/ Armando E. Rosal/*
Armando E. Rosal, Esq.

1490 Emerson Drive, NE
Palm Bay, FL 32907
321-728-2300
321-728-2442 (Fax)
rosallaw@aol.com
FL Bar No. 929026

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Objection to Proof of Claim has been furnished by US Mail or electronically to the:

Claimant, Army & Air Force Exchange Services, c/o Maritza Moore, Bass & Assoc., 3936 E. Ft. Lowell Rd., Suite 200, Tuscon, AZ 85712, Laurie K. Weatherford, Trustee, and the Debtor, this the __31__ day of __July__, 20__14__.

*/s/ Armando E. Rosal/*
Armando E. Rosal
Attorney for Debtor