UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA

IN RE:  
Jeffrey and Kim  
Bridges

Case No. 2014-bk-6340-CCJ  
Chapter 13

_____/

## WITHDRAWAL OF

## DEBTOR'S OBJECTION TO PROOF OF CLAIM #2 DOCKET NUMBER 25

COMES NOW, THE DEBTOR, by and through undersigned counsel, and files this his withdrawal of objection to the Proof of Claim #2 Docket number 25 and in support thereof states:

The objection was filed in error.

Respectfully Submitted,

/s/ Armando E. Rosal  
Armando E. Rosal, Esq.

1490 Emerson Drive, NE  
Palm Bay, FL 32907  
321-728-2300  
321-728-2442 (Fax)  
rosallaw@aol.com  
FL Bar No. 929026

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished by US Mail or electronically to the: Claimant, Army & Air Force Exchange Services, c/o Maritza Moore, Bass & Assoc., 3936 E. Ft. Lowell Rd., Suite 200, Tuscon, AZ 85712, Laurie K. Weatherford, Trustee, and the Debtor, this the __31__ day of __July__, 20_14_.

/s/ Armando E. Rosal  
Armando E. Rosal, Esq.