**[Dodefmao]** [District Order Deficient Motion, Application or Objection]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:  Case No. 6:14–bk–06340–CCJ
 Chapter 13

Jeffrey Bridges

Kim Bridges

_____Debtor*_____/

### *ORDER ABATING OBJECTION TO CLAIM(S).*

THIS CASE came on for consideration, without hearing, of the Objection to Claim(s). by Debtors, Doc. # 26 and 27 . After a review of the motion , the Court determines that the motion is deficient as follows:

☐ The motion does not include an original or electronic signature of the movant's attorney as required by Fed. R. Bankr P. 9011.

☐ The motion was filed without a certificate of service as required by Local Rule 7005–1.

☐ The prescribed filing fee of $, as required by the Bankruptcy Court Schedule issued in accordance with 28 U.S.C § 1930 was not paid.

☑ The negative notice legend is not fully displayed on the first page or does not conform to the approved negative notice legend prescribed by Local Rule 2002–4.

Accordingly it is

**ORDERED:**

Consideration of the objection is abated until the deficiency is corrected. No additional filing fee will be assessed for the filing of any amended motion filed for the purposes of correcting the noted deficiency.

Dated:  August 1, 2014

*Cynthia C. Jackson*
_____
Cynthia C. Jackson
United States Bankruptcy Judge

The Clerk's Office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.