UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:     Jeffrey and Kim Bridges                              Case No. 6:14-BK-06340-CCJ
           Debtors,

## NOTICE OF INCREASE IN PLAN PAYMENTS
*This notice supersedes any previous notices filed*

TO:        Jeffrey and Kim Bridges
           1313 Glencove Ave NW
           Palm Bay, FL 32907

This notice is occasioned by a notice of increased mortgage payments received by this office from **Wells Fargo Bank, N.A.** (copy attached). Paragraph 6 of your Confirmation Order provides for this change in plan payments from you to the Trustee, and no further order is required.

THE EFFECTIVE DATE OF THIS INCREASE IN PAYMENT IS WITH THE PAYMENT DUE: October 2015

|                             | Former     | New                      |
|-----------------------------|------------|--------------------------|
| Mortgage payment            | $905.71    | $911.62                  |
| Difference                  |            | $5.91                    |
| Additional Trustee Fee      |            | $0.66                    |
| Your Payment to the Trustee | $1,900.00  | $1,906.57 (10/15-7/19)   |

If you have made one or more payments which are after the effective date of this change, you **MUST**, in order for your payments to be current and in good standing, forward the difference between your former payment and the new payment to the Trustee upon receipt of this notice.

I hereby certify that a copy of the foregoing Notice of Increase in Plan Payments has been forwarded to the debtor at the address listed above and to the debtors' attorney, ARMANDO E ROSAL, 1490 EMERSON DR NE, PALM BAY, FL 32907 on this the 16 day of September, 2015.

                                                    /s/ Laurie K. Weatherford
                                                    Laurie K. Weatherford
                                                    Chapter 13 Trustee
                                                    Stuart Ferderer
                                                    Attorney for Trustee
                                                    Fl. Bar No. 0746967
                                                    Post Office Box 3450
                                                    Winter Park, Florida 32790-3450

# UNITED STATES BANKRUPTCY COURT

Middle District of Florida (Orlando)

In re  Jeffrey Bridges and Kim Bridges  
Debtor

Case No.  14-06340  
Chapter 13

## Notice of Mortgage Payment Change

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: Wells Fargo Bank, N.A.  
Last four digits of any number you use to identify the debtor's account: 7067  
Uniform Claim Identifier: WFCMGF1406340FLM75357067

Court claim no. (if known): 24  
Date of payment change: 10/01/2015  
Must be at least 21 days after date of this notice  
New total payment: $911.62  
Principal, Interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

Will there be a change in the debtor's escrow account payment?  
☐ No  
☑ Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.  
Describe the basis for the change. If a statement is not attached, explain why:

Current escrow payment: $199.12          New escrow payment: $205.03

### Part 2: Mortgage Payment Adjustment

Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?  
☑ No  
☐ Yes.  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.  
If a notice is not attached, explain why:

Current interest rate: _____          New interest rate: _____  
Current principal and interest payment: _____          New principal and interest payment: _____

### Part 3: Other Payment Change

Will there be a change in the debtor's mortgage payment for a reason not listed above?  
☑ No  
☐ Yes.  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)  
Reason for change: _____

Current mortgage payment: _____          New mortgage payment: _____



RECEIVED AUG 24 2015 BY:_____



2300189956